IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT POTTS, | : | Case No.: 2:11cv985 |
| Plaintiff, | : | |
| v. | : | |
| LEVY & ASSOCIATES, LLC, et al., | : | **STIPULATION CONCERNING SETTLEMENT** |
| Defendants. | : | |

-----------------------------------------------------------------------------------------------

Now come all parties, by counsel, and stipulate to the following:

1. The parties have resolved all claims in this action pursuant to a confidential settlement agreement;

2. Under that settlement agreement, Plaintiff is the prevailing party entitled to recover reasonable attorney's fees and costs to be agreed upon between the parties or by the court upon motion of Plaintiff and response of Defendants.  Neither side waives the right to appeal any order or decision concerning fees or costs.

Respectfully submitted,

| | |
|---|---|
| /s/Steven C. Shane | /s/Boyd W. Gentry |
| Steven C. Shane | Boyd W. Gentry (0071057) |
| P.O. Box 73067 | Law Office of Boyd W. Gentry, LLC |
| Bellevue, KY 41073 | 9 East Dayton Street |
| Tel. (859) 431-7800 | West Alexandria, OH  45381 |
| shanelaw@fuse.net | Tel. 937.839.2881 |
| *Counsel for Plaintiff* | Fax 800.839.5843 |
| | bgentry@boydgentrylaw.com |
| | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document was served on the following counsel via the Clerk of Court's CM/ECF system on the same day of filing:

Steven C. Shane
P.O. Box 73067
Bellevue, KY 41073
*Email: shanelaw@fuse.net*
*Counsel for Plaintiff*

                /s/Boyd W. Gentry
                Boyd W. Gentry (0071057)