# 1N THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTS S. POTTS, | : | CASE NO.: 2:11-cv-985 |
| Plaintiff, | : | Judge Sargus |
| v. | : | Magistrate King |
| LEVY & ASSOCIATES, LLC., ET AL., | : | **STIPULATION OF ALL PARTIES DISMISSING ACTION WITH PREJUDICE** |
| | : | |
| Defendants | | |

Now come all parties, by counsel, and stipulate to the dismissal of this action WITH PREJUDICE.

Respectfully submitted,

/s/Steven C. Shane
Steven C. Shane
P.O. Box 73067
Bellevue, KY 41073
Tel. 859.431.7800
shanelaw@fuse.net
*Trial Attorney for Plaintiff*


/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
Law Office of Boyd W. Gentry, LLC
9 East Dayton Street
West Alexandria, OH  45381
Tel. 937.839.2881
Fax 800.839.5843
bgentry@boydgentrylaw.com
*Trial Attorney for all Defendants*